**Order filed March 30, 2018**



In The

# Eleventh Court of Appeals

_____

## Nos. 11-17-00335-CR & 11-18-00062-CR

_____

## ROY DANIEL GARZA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 161st District Court**
**Ector County, Texas**
**Trial Court Cause Nos. B-16-0305-CR & B-16-0311-CR**

---

### O R D E R

In our Cause No. 11-17-00335-CR, Roy Daniel Garza filed a notice of appeal from two judgments of conviction (Counts One and Two) in trial court cause no. B-16-0305-CR. Appellant subsequently filed a notice of appeal bearing trial court cause no. B-16-0311-CR, and this court docketed the second appeal as Cause No. 11-18-00062-CR. It has come to the attention of this court, however, that these appeals overlap. The judgment that Appellant appealed in Cause No. 11-18-00062-

CR was also appealed in Cause No. 11-17-00335-CR—as the judgment in Count Two of trial court cause no. B-16-0305-CR. Appellant's counsel informed this court that the trial court had consolidated its cause no. B-16-0311-CR into its cause no. B-16-0305-CR; counsel has provided this court with the trial court's order of consolidation. Because the judgment that Appellant attempts to appeal in our Cause No. 11-18-00062-CR is one of the two judgments that were already pending before this court in Cause No. 11-17-00335-CR, we consolidate our Cause No. 11-18-00062-CR into Cause No. 11-17-00335-CR for all purposes. All future correspondence and filings should bear our docket number 11-17-00335-CR.

PER CURIAM

March 30, 2018

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.[1]

---

[1] Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.

2